FILED

MAY 04 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 3:22 CR 224 JUDGE CARR |
| v. | ) ) | CASE NO. MAG. JUDGE CLAY |
| | ) ) | Title 18, United States Code, Section 2; Title 21, United States |
| CODY BROWN, JENNIFER MURPHY, DAMION YOSHIMOTO, | ) ) ) ) | Code, Sections 841(a)(1), (b)(1)(A), and 846 |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Possess with the Intent to Distribute Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about March 31, 2022, and continuing through the date of this Indictment, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Western Division, and elsewhere, Defendants CODY BROWN, JENNIFER MURPHY, and DAMION YOSHIMOTO did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and 400 grams or more of a

ORIGINAL

mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

## COUNT 2
(Possession with the Intent to Distribute Methamphetamine 21 U.S.C. § 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about March 1, 2022, in the Northern District of Ohio, Western Division, and elsewhere, Defendants CODY BROWN, JENNIFER MURPHY, and DAMION YOSHIMOTO did knowingly and intentionally possess with the intent to distribute approximately 1.2 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
(Possession with the Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about March 1, 2022, in the Northern District of Ohio, Western Division, and elsewhere, Defendants CODY BROWN, JENNIFER MURPHY, and DAMION YOSHIMOTO did knowingly and intentionally possess with the intent to distribute approximately 855 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of

the foregoing offense, Defendants CODY BROWN, JENNIFER MURPHY, and DAMION YOSHIMOTO shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violation; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.